IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Buss, John E

Printed: 12/28/07

Case Number: 07 B 11951
Judge: Hollis, Pamela S
Filed: 7/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,040.60 |
| Trustee Fee: |  | 59.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,100.00 | 1,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 3,074.00 | 1,040.60 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Lando Resorts Corporation | Secured | 0.00 | 0.00 |
| 5. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 7. | Nuvell Credit Company LLC | Secured | 10,325.00 | 0.00 |
| 8. | Washington Mutual Bank FA | Secured | 17,556.99 | 0.00 |
| 9. | BMW Financial Services | Unsecured | 0.00 | 0.00 |
| 10. | Nuvell Credit Company LLC | Unsecured | 308.33 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 15.25 | 0.00 |
| 12. | Elite Recovery Services | Unsecured | 52.00 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 2.52 | 0.00 |
| 14. | Devon Financial Services Inc | Unsecured | 19.04 | 0.00 |
| 15. | Capital One | Unsecured | 123.74 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 8.70 | 0.00 |
| 17. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 18. | Ann Arbor Financial Services | Unsecured |  | No Claim Filed |
| 19. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 20. | Aspire Visa | Unsecured |  | No Claim Filed |
| 21. | Bank Card Services Fka Micard Services | Unsecured |  | No Claim Filed |
| 22. | Riddle & Assoc | Unsecured |  | No Claim Filed |
| 23. | Blair Corporation | Unsecured |  | No Claim Filed |
| 24. | Collection System | Unsecured |  | No Claim Filed |
| 25. | Centurian Captial | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Buss, John E | | Case Number: 07 B 11951 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | | Filed: 7/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | CorTrust Bank | Unsecured | | No Claim Filed |
| 27. | Midwest Service | Unsecured | | No Claim Filed |
| 28. | First National Credit Card | Unsecured | | No Claim Filed |
| 29. | Household Bank FSB | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 31. | IC System Inc | Unsecured | | No Claim Filed |
| 32. | Hsbc Nv | Unsecured | | No Claim Filed |
| 33. | Sterling & King | Unsecured | | No Claim Filed |
| 34. | Orange Lake Country Club | Unsecured | | No Claim Filed |
| 35. | PCS Financial | Unsecured | | No Claim Filed |
| 36. | Secure Cash Network | Unsecured | | No Claim Filed |
| 37. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 38. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 39. | Village of Dolton | Unsecured | | No Claim Filed |
| 40. | Global Payments | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,485.57 | $ 1,040.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.40 |
| | _____ |
| | $ 59.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

